Eric Baum NY#2591618 (Admitted Pro Hac Vice)
Andrew Rozynski NY#5054465 (Admitted Pro Hac Vice)
**EISENBERG & BAUM, LLP**
24 Union Square East
Fourth Floor
New York, NY 10003
Telephone No. 212-353-8700
Facsimile No. 212-353-1708
E-mail: ebaum@EandBLaw.com
   arozynski@EandBLaw.com

William A. Richards #013381
Alan S. Baskin #013155
Nicole C. Davis #020138
David E. Wood #021403
Leslie Ross #027207
**BASKIN RICHARDS PLC**
2901 N. Central Avenue, Suite 1150
Phoenix, Arizona 85012
Telephone No. 602-812-7979
Facsimile No. 602-595-7800
E-mail: brichards@baskinrichards.com
   alan@baskinrichards.com
   ndavis@baskinrichards.com
   dwood@baskinrichards.com
   lross@baskinrichards.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Barbara Irwin, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>City of El Mirage, Arizona, an Arizona municipality,<br><br>    Defendant. | **Case No.  2:17-CV-01102-JJT**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Barbara Irwin ("Plaintiff"), through undersigned counsels, hereby gives notice that Plaintiff voluntarily dismiss *without prejudice* the Complaint and all causes of action against Defendant City of El Mirage, Arizona.  Defendant has not been served, and Plaintiff therefore voluntarily dismisses the Complaint without Court order.

RESPECTFULLY SUBMITTED this 12th day of June, 2017.

BASKIN RICHARDS PLC


/s/ Nicole C. Davis
William A. Richards
Alan S. Baskin
Nicole C. Davis
David E. Wood
Leslie Ross
2901 N. Central Avenue, Suite 1150
Phoenix, AZ  85012

AND

EISENBERG & BAUM, L.L.P.
Eric Baum, Esq.
Andrew Rozynski, Esq.
24 Union Square East
Fourth Floor
New York, NY 10003

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing.


/s/ Nicole Rynearson